# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Pioneer Aerospace Corporation | )     ASBCA No. 61748 |
| | ) |
| Under Contract No. SPE4A7-14-C-0476 | ) |

APPEARANCES FOR THE APPELLANT:      Damien C. Specht, Esq.
    Charles L. Capito, Esq.
    Lauren J. Horneffer, Esq.
     Morrison Foerster LLP
     McLean, VA

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
     DLA Chief Trial Attorney
    Edward R. Murray, Esq.
     Trial Attorney
     DLA Aviation
     Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: September 17, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61748, Appeal of Pioneer Aerospace Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals